# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MONESS HAFFAR, | : No. 108 MM 2015 |
| Petitioner | : |
| v. | : |
| UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of September, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.